```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  JILL THOMAS
    Assistant U.S. Attorney
 3  MICHELLE PRINCE
    Assistant U.S. Attorney
 4  501 I Street, Suite 10-100
    Sacramento, California 95814
 5  Telephone: (916) 554-2700
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9            FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,  )  2:11-mj-00201 KJN
                               )
12         Plaintiff,          )  ORDER REGARDING
                               )  GOVERNMENT'S MOTION TO DISMISS
13      v.                     )
                               )
14  JUSTIN R. MCCARTY,         )  DATE: August 22, 2011
                               )  TIME: 9:00 a.m.
15         Defendant.          )  JUDGE: Kendall J. Newman
    _____)
16
17
18      It is Hereby Ordered that the plaintiff United States of
19  America's Motion to Dismiss case number 2:11-mj-00201 KJN is
20  GRANTED.
21      IT IS SO ORDERED.
22  Dated: August 5, 2011
23
24
25
26                              _____
                                KENDALL J. NEWMAN
27                              UNITED STATES MAGISTRATE JUDGE
28
```